13,900

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AQUA-TERRA CONSTRUCTION AND ENGINEERING SYSTEMS, INC., | * | CIVIL ACTION |
| Plaintiff | * | NO. 06-1864 |
| VERSUS | * | SECTION "J"<br>JUDGE CARL J. BARBIER |
| OAK HARBOR INVESTMENT PROPERTIES, L.L.C., | * | |
| WARREN PROPERTIES, INC., | * | DIVISION 1<br>MAG. SALLY SHUSHAN |
| JOHN DOE PROPERTY AND/OR LEASEHOLD OWNERS, AND ABC INSURANCE COMPANIES, | * | |
| Defendants | * | |

\*   \*   \*   \*   \*   \*   \*   \*

### FIRST SUPPLEMENTAL AND AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes Aqua-Terra Construction and Engineering Systems, Inc., who for its First Supplemental and Amended Complaint against Oak Harbor Investment Properties, L.L.C., Warren Properties, Inc., John Doe Property and/or Leasehold Owners, and Essex Insurance Company, in causes of action sounding in salvage and breach of contract, civil and maritime, and for open account, alleges and avers upon information and belief as follows:

A.

Except and to the extent they are supplemented and amended as follows, Aqua-Terra Construction and Engineering Systems, Inc. realleges and reavers, as if repeated herein *in extenso*, each and every allegation and statement contained in its original complaint filed herein on April 11, 2006.

B.

Aqua-Terra Construction and Engineering Systems, Inc. supplements and amends its original complaint as follows:

6.

At all times pertinent hereto, Essex Insurance Company was and now is an alien corporation organized and existing under and by virtue of the laws of the State of Delaware, with a an office and place of business in Glen Allen, Virginia, authorized to do and doing business in the State of Louisiana, and has as its agent for service of process the Louisiana Secretary of State and was the liability insurer of Warren Properties, Inc.

**WHEREFORE**, the premises considered, plaintiff prays:

1) That process in due form of law issue from this court and be served upon defendants, and each of them, duly assigning them to appear and answer under oath, all and singular, the matters aforesaid;

2) That after due proceedings had, plaintiff have judgment herein in its favor and against defendants, or any of them, in the full amount of its damages aforesaid, plus all costs, interest, and attorney's fees;

3) That plaintiff may have all such other and further relief as equity and the justice of this cause may require and permit.

RESPECTFULLY SUBMITTED:

_____
NORMAN C. SULLIVAN, JR., T.A. (12574)
STEPHANIE D. SKINNER (21100)
**FOWLER RODRIGUEZ & CHALOS**
400 Poydras St., 30th Floor
New Orleans, LA 70130
Telephone: (504) 523-2600
Fax: (504) 523-2705
Attorneys for Aqua-Terra Construction and
Engineering Systems, Inc.


_____
JOHN A. SCIALDONE ( 21859)
**BALCH & BINGHAM**
1310 Twenty Fifth Avenue
P. O. Box 130
Gulfport, MS 39520
Telephone: (228) 864-9900
Fax: (228) 864-8221
Attorneys for Aqua-Terra Construction and
Engineering Systems, Inc.

**PLEASE SERVE**:

Essex Insurance Company
through its registered agent:
Louisiana Secretary of State
8549 United Plaza Boulevard
Baton Rouge, LA 70809


**CERTIFICATE OF SERVICE**

I hereby certify that on July 26th, 2006, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following: Rufus C. Harris, III, Michael Brent Hicks, and John A. Scialdone.

_____