UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AQUA-TERRA CONSTRUCTION AND ENGINEERING SYSTEMS, INC. | CIVIL ACTION |
| VERSUS | NUMBER: 06-1864 c/w 06-8883 |
| OAK HARBOR INVESTMENT PROPERTIES, L.L.C., ET AL | SECTION: J |

J U D G M E N T

This matter came on for a trial without a jury on August 20, 2007.

Considering the Findings of Fact and Conclusions of Law rendered on July 31, 2008,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Aqua Terra Construction and Engineering Systems, Inc., and against Warren Properties, Inc., in the amount of $163,971.59, with interest from date of judicial demand, and all costs.

Further, IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of Oak Harbor Investment Properties, L.L.C., and against Aqua Terra Construction and Engineering Systems, Inc., in the amount of $18,000.00, with interest from date of judicial demand, and all costs.

Dated at New Orleans, Louisiana, this 5th day of AUGUST, 2008.

_____
UNITED STATES DISTRICT JUDGE